**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Hovsep MIKAELIAN, Defendant–Appellant.**

**Nos. 97–50174, 97–50184, 97–50260 and 97–50295.**

United States Court of Appeals, Ninth Circuit.

June 24, 1999.

Before: FLETCHER, BOOCHEVER, and THOMPSON, Circuit Judges.

### ORDER

The slip opinion filed February 17, 1999 is amended as follows:

(1) At slip opinion page 1358, line 14, insert "after sentencing" after "cooperate."

(2) At slip opinion page 1359, line 9, delete "it claims."

With the foregoing changes to the opinion, the panel has voted unanimously to deny the petition for rehearing.